UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    UNITED STATES OF AMERICA

                - v. -

    REYNALDO CUEVAS,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

15-CR-210 (PAE)

    WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for this District for the defendant, Reynaldo Cuevas, including records of communications and supervising activity, so as to prepare for any hearing concerning a reported violation of the conditions of supervised release by the defendant and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

    IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of the case file maintained for the defendant, Reynaldo Cuevas, including copies of communications and supervising activity, to Assistant United States Attorney Samuel Rothschild, for his review.

SO ORDERED:

Dated:    September 21, 2020
             New York, New York

                                                      HON. PAUL A. ENGELMAYER
                                                      United States District Judge