UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

REYNALDO CUEVAS,

Defendant.

15-CR-210-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court schedules a next conference in this case for **October 29, 2020** at **2:30 p.m.** The parties shall notify the Court, no later than October 22, 2020, if this conference should take place in person or remotely.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 15, 2020
       New York, New York